Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Norman L. MEADOWS |
| **Docket Number:** | 2:94CR00371-02 |
| **Offender Address:** | Long Beach, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 09/04/1996 |
| **Original Offense:** | 21 USC 846, 841 (a)(1) - Conspiracy to Manufacture, Distribute, and Possess with the Intent to Distribute Cocaine Base<br>(CLASS B FELONY) |
| **Original Sentence:** | 120 months custody Bureau of Prisons; 60 months supervised release; $50 special assessment |
| **Special Conditions:** | Warrantless search; Drug/Alcohol treatment |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 06/30/2003 |
| **Assistant U.S. Attorney:** | Richard J. Bender    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Robert M. Holley    **Telephone:** (916) 447-8262 |

**Other Court Action:**

**09/16/2004:**   After the defendant tested positive for cocaine (08/31/2004), the supervising probation officer recommended that no action be taken at that time and the Court approved the probation officer's plan.

Rev. 04/2005
PROB12B.MRG

**RE:    Norman L. MEADOWS**
**        Docket Number: 2:94CR00371-02**
**        PETITION TO MODIFY THE CONDITIONS OR TERM**
**        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

<u>**02/08/2005**</u>**:**    After the defendant tested positive for cocaine (12/28/2004 and 01/29/2005), the supervising probation officer placed the defendant back into their drug aftercare program and directed him to attend 90 NA meetings within 90 days. No formal action was recommended and the Court approved the probation officer's plan.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

Norman L. Meadows, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).

**Justification:**   Mr. Meadows is being supervised by the United States Probation Office in the Central District of California. In light of the Ninth Circuit Court of Appeals' finding in United States v. Stephens (9th Cir. 2005), the supervising probation officer is requesting the above-mentioned modification. Their interpretation of the Stephens case limits the probation officer to only three random drug tests outside of treatment, unless the Court sets the maximum number of tests. The three random drug tests provided by the conditions of supervision have been exhausted and Mr. Meadows' history warrants continued monitoring. Therefore, it is recommended that the Court set the maximum number of tests for the continued treatment at four tests per month. This schedule would allow the probation officer to continue monitoring for illicit drug and/or alcohol abuse; provide intervention if needed; and reduce risk to the community. The defendant has agreed to this modification and a signed waiver is on file.

**RE:**   Norman L. MEADOWS
   Docket Number: 2:94CR00371-02
   PETITION TO MODIFY THE CONDITIONS OR TERM
   OF SUPERVISION WITH CONSENT OF THE OFFENDER

Respectfully submitted,

/s/   Kris M. Miura

**KRIS M. MIURA**
**United States Probation Officer**
Telephone: (916) 930-4305

**DATED:**   February 27, 2006
   Sacramento, California
   KMM:jz

**REVIEWED BY:**   /s/   Kyriacos M. Simonidis
   **KYRIACOS M. SIMONIDIS**
   **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(X)   Modification approved as recommended.

Date:  February 28, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

Rev. 04/2005
PROB12B.MRG

**RE:** **Norman L. MEADOWS**
       **Docket Number: 2:94CR00371-02**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

cc:    United States Probation
       Richard Bender, Assistant United States Attorney
       Robert Holley, Defense Counsel
       Defendant
       Court File

Attachment:   Presentence Report (Sacramento only)